UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TERRENCE YARBROUGH,
a/k/a LAVALE LANSKI,

      Petitioner,                      No. 10-CV-12149

vs.                                    Hon. Gerald E. Rosen

KATHERINE BAUMAN,

      Respondent.
_____/

ORDER ADOPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION AND
DISMISSING PLAINTIFF'S HABEAS CORPUS ACTION

        At a session of said Court, held in
        the U.S. Courthouse, Detroit, Michigan
        on _____

        PRESENT:  Honorable Gerald E. Rosen
                            Chief Judge, United States District Court

      This matter having come before the Court on the November 8, 2012 Report and Recommendation of United States Magistrate Judge Paul J. Komives recommending that the Court deny Plaintiff's petition for a writ of habeas corpus and that this case, accordingly, be dismissed; and no timely objections to the Magistrate Judge's Report and Recommendation having been filed; and the Court having reviewed the Magistrate Judge's Report and Recommendation and the Court's file of this action and having concluded that, for the reasons stated in the Report and Recommendation, Plaintiff's petition for habeas corpus relief should be denied; and the Court being otherwise fully advised in the premises,

NOW, THEREFORE, IT IS HEREBY ORDERED that the Magistrate Judge's Report and Recommendation of November 8, 2012 **[Dkt. # 11]** be, and hereby is, adopted by this Court.

IT IS FURTHER ORDERED that, for the reasons set forth in the Magistrate Judge's Report and Recommendation, Plaintiff's petition for habeas corpus relief **Dkt. # 1]** be, and hereby is **DENIED** and the above-captioned case, therefore, is **DISMISSED**.

IT IS FURTHER ORDERED that a certificate of appealability is **DENIED.**

IT IS FURTHER ORDERED that leave to appeal *in forma pauperis* is **DENIED**.

s/Gerald E. Rosen
Chief Judge, United States District Court

Dated:  January 11, 2013

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 11, 2013, by electronic and/or ordinary mail.

s/Julie Owens
Case Manager