UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TERRENCE YARBROUGH
a/k/a LAVALE LANSKI,

        Petitioner,                     No. 10-CV-12149

vs.                                        Hon. Gerald E. Rosen

KATHERINE BAUMAN,

        Respondent.
_____/

## JUDGMENT

The Court having this date entered an Order adopting the Magistrate Judge's Report and Recommendation and dismissing Terrence Yarbrough a/k/a Lavale Lanski's Petition for a Writ of Habeas Corpus, and being fully advised in the premises,

NOW, THEREFORE,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this habeas corpus action be, and hereby is, DISMISSED, in its entirety, WITH PREJUDICE.

                                     s/Gerald E. Rosen
                                     Chief Judge, United States District Court

Dated:  January 11, 2013

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 11, 2013, by electronic and/or ordinary mail.

                                     s/Julie Owens
                                     Case Manager